# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        20-mj-668 TNL |
| | ) | Date:             September 4, 2020 |
| Benjamin Ryan Teeter(2), | ) | Video Conference |
| | ) | Time Commenced:    1:48 p.m. |
| Defendant, | ) | Time Concluded:     1:55 p.m. |
| | | Time in Court:       7 minutes |

APPEARANCES:

Plaintiff: Timothy Rank, Andrew Winter, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
      X FPD              X To be appointed

Date Charges Filed: 9/3/2020       Offense: conspiracy to provide material support to a designated foreign terrorist organization

X Advised of Rights

on      X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered .

Next appearance date is September 9, 2020 at 3:00 p.m. via video conference before U.S. Magistrate Judge Elizabeth Cowan Wright for:
   X Detention hrg        X Preliminary hrg

X Government moves to unseal the entire case.       X Granted

Additional Information:
X Defendant consents to this hearing via video conference

                                                                             s/JAM
                                                                Signature of Courtroom Deputy