UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20MJ668(2) TNL

United States of America,

          Plaintiff,

v.                                        **ORDER FOR APPOINTMENT OF COUNSEL**

Benjamin Ryan Teeter,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Christopher Madel, Attorney ID 230297, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  September 8, 2020          *s/Tony N. Leung*
                                                  Honorable Tony N. Leung
                                                 United States Magistrate Judge