

| | |
|---|---|
| 800 PENCE BUILDING<br>800 HENNEPIN AVENUE<br>MINNEAPOLIS, MINNESOTA 55403<br>(612) 605-0630<br>WWW.MADELLAW.COM | CHRISTOPHER W. MADEL<br>DIRECT DIAL<br>(612) 605-6601<br>CMADEL@MADELLAW.COM |

September 8, 2020

The Hon. Elizabeth C. Wright
United States District Court
316 N. Robert Street
St. Paul, MN 55101
Magistrate_Wright_Chambers@mnd.uscourts.gov

    Re:    *United States v. Teeter*, Case No. 20-00668M-002
            Request for Continuance of Detention Hearing

Dear Judge Wright:

I have been appointed, and I expect, to represent Benjamin Teeter in the *United States v. Teeter* matter, Case No. 20-00668M-002.

I set up a time to speak to Mr. Teeter via Zoom at 1:15PM this afternoon. After waiting on Zoom for 15 minutes with no appearance from Mr. Teeter, I called Sherburne County Jail and learned (as indicated below later via email) that Sherburne went on lockdown today, and therefore, Mr. Teeter would not be available to speak to me. Because I have not yet spoken to Mr. Teeter, and because the detention hearing is currently scheduled for tomorrow, I respectfully request a short extension of Mr. Teeter's detention hearing until Tuesday, September 15, 2020. I believe this requested extension comports with 18 U.S.C. § 3142(f)(2).

Mr. Winter, counsel for the government, has communicated that the government has no objection to this request.

                                      Very truly yours,

                                      */s/ Christopher W. Madel*

                                      Christopher W. Madel