# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| vs. | Case No: 20-mj-668 (TNL) |
| BENJAMIN RYAN TEETER (2), | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Andrew S. Birrell, shall appear as counsel of record, along with Ryan P. Garry, for Benjamin Ryan Teeter, the Defendant in this case.

Respectfully submitted,

**BIRRELL LAW FIRM PLLC**

Dated: September 9, 2020

s/ Andrew Birrell
Andrew S. Birrell (Attorney No. 133760)
Attorneys for Defendant
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 238-1939
andy@birrell.law