# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
| vs. | Case No: 20-mj-668 (TNL) |
| BENJAMIN RYAN TEETER (2), | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Ryan P. Garry, shall appear as counsel of record, along with Andrew S. Birrell, for Benjamin Ryan Teeter, the Defendant in this case.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: September 9, 2020

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com